OKWD Revised AO 442 (1/16/15)

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF OKLAHOMA

11794314
2564-0417-0652-J

UNITED STATES OF AMERICA )
)
v. )     Case Number: CR-25-148-G
)
)
ANTAJAUN MONZELLE BROWN JR )
_____ )
            *Defendant*

**RECEIVED**
APR 17 2025
U.S. MARSHALS W/OK

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

(name of person to be arrested) ANTAJAUN MONZELLE BROWN JR ,

who is accused of an offense or violation based on the following document filed with the court:

☑ SEALED Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:
18:1349 CONSPIRACY TO COMMIT BANK FRAUD
18:1344 BANK FRAUD
18:513(a) FORGED SECURITIES
18:1708 POSSESSION OF STOLEN MAIL

Nassil Al Adhami, Deputy Clerk
Oklahoma City, Oklahoma

WARRANT ISSUED:
9:19 am, Apr 17, 2025
JOAN KANE, CLERK

By: *[signature]*

---

**Return**

This warrant was received on (date) _____, and the person was arrested on (date) _____
at (city and state) _____.

Date: _____

ARRESTED ON: 04/24/2025
WITHIN THE W DISTRICT OF OK
BY: USPIS

_____
Arresting officer's signature

_____
Printed name and title

RECEIVED
APR 17 2025
U.S. MARSHALS

ARRESTED ON: _____
WITHIN THE ___ DISTRICT OF ___
BY: _____